UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JEFFREY HALLETT,

                         Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT
OF CORRECTIONS, ET AL.,

                        Defendants.
-------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/09
```

ORDER
08 Civ 2831 (CM)

McMahon, J.:

      Plaintiff filed his complaint in this matter on March 18, 2008. That same day, the Court issued summonses for each of the defendants. Plaintiff has never filed proof that he served any of the defendants and he failed to appear at a court-ordered conference on May 16, 2008. On March 5, 2009, the Court issued a written order stating that, unless plaintiff files proof of service within 30 days, the Court would dismiss his case as abandoned.

      Plaintiff has written a letter to the Court asking that he be provided additional time to serve defendants. According to plaintiff, his last service packet was stolen from his room in a "single room occupancy" hotel. Plaintiff asks that the Marshals Service be directed to serve process on his behalf. Plaintiff says he is indigent and cannot afford to effect service on his own. (Letter from defendant dated March 5, 2009).

      The Court will allow plaintiff one last opportunity to serve defendants. The *Pro Se Office* is to provide plaintiff with another service packet. Plaintiff will have sixty (45) days from the issuance of the new service packet to file proof of service with the court.

      The Court will conference this matter on June 18, 2009, at 10:00a.m., at the United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, NY 10007. It is plaintiff responsibility to notify defendants of the date, time and place of the conference.

Date: April 20, 2009
         New York, NY

                                                             _____
                                                              Hon. Colleen McMahon
                                                              United States District Judge

Copies mailed/faxed/handed to counsel on 4/20/09

BY FIRST CLASS MAIL:

Jeffrey Hallett
141-08-00037
191 Sands Street,
Apt #4G,
Brooklyn, NY 11201

BY HAND:

*Pro Se Office*
500 Pearl Street
Second Floor
500 Pearl Street
New York , NY 10007